insufficient evidence to support his conviction on the forcible rape, and murder in the first degree counts; (2) failing to take curative action when the prosecutor elicited evidence of uncharged crimes and prior bad acts of Defendant; (3) failing to grant a mistrial, or strike and instruct the jury to disregard inadmissible evidence which established that blood drawn from Defendant after the charged crimes tested negative for cocaine; (4) issuing a written response to a jury question which coerced a guilty verdict on the forcible rape and criminal action counts; and (5) failing to grant a mistrial or strike and instruct the jury to disregard the prosecutor's prejudicial indirect reference to Defendant's right not to testify in rebuttal argument.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 30.25(b).

Douglas S. Pribble, St. Louis, for appellant.

Rita M. Montgomery, St. Louis, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT E. CRIST, Sr. J.

### ORDER

PER CURIAM.

Mother, S.T., appeals from the judgment of the trial court terminating her parental rights to her three children, J.D.R., J.D.R. and J.D.T.

We have reviewed the record on appeal and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).

■

**In the Interest of J.D.R., J.D.R., and J.D.T., Minors, Petitioners/Respondents,**

v.

**S.T., Respondent/Appellant.**

**No. ED 76878.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 7, 2000.

Rehearing Denied May 24, 2000.

■

**IRONITE PRODUCTS CO., INC. & Gas Sweetner Associates, Inc., d/b/a Sulfatreat Company, Respondents,**

v.

**Alvin SAMUELS and Mark Samuels, Appellants.**

**No. ED 76474.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 18, 2000.